Brian K. Condon (State Bar No. 138776)
brian.condon@aporter.com
Amy B. Levin (State Bar No. 217583)
amy.levin@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

JS-6

Attorneys for Plaintiff
Mizrahi Tefahot Bank Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIZRAHI TEFAHOT BANK LTD, <br><br> Plaintiff, <br><br> v. <br><br> WILSHIRE STATE BANK, <br><br>    Defendant and Third-Party Plaintiff, <br><br> v. <br><br> YONI DISTRIBUTORS, INC., a California corporation, YOUNESS KERMEZI, an individual; ROBIN GHERMEZI, an individual; HABIB SAGHEZI, an individual; MEHRAN HAGHANI, an individual; AMIR JANNATI, an individual; DIETZ INTERNATIONAL PUBLIC ADJUSTERS OF CALIFORNIA, INC., a California corporation, <br><br>    Third-Party Defendants. | Case No. CV09–09556 JFW (RCx) <br><br> **ORDER ON STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** <br><br><br> Judge:     Hon. John F. Walter <br> Courtroom: 16 <br><br> Pre-Trial Conference: Sept. 24, 2010 <br> Trial: Oct. 5, 2010 |

LA: 650112v1

Upon the Stipulation of Plaintiff Mizrahi Tefahot Bank Ltd. ("Mizrahi") and Defendant Wilshire State Bank ("Wilshire"), and for good cause appearing,

IT IS HEREBY ORDERED that the Complaint of Mizrahi herein is DISMISSED WITH PREJUDICE.  Mizrahi and Wilshire shall each bear their own respective attorneys' fees and costs incurred in this action

Dated:  July 6, 2010

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE